UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. THOMAS, | No. 2:24-cv-2147 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MEENA SRAI, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 8) is granted; and

2. Plaintiff is granted until November 1, 2024, to file an amended complaint.  Failure to file an amended complaint by that date will result in a recommendation that this action be dismissed.

Dated:  September 19, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
thom2147.36