UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEENA SRAI,<br><br>　　　　Defendant. | No. 2:24-cv-02147-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 11) |

Plaintiff Michael D. Thomas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 15, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 11 at 1.) Specifically, the magistrate judge noted that plaintiff's complaint was dismissed with leave to amend, plaintiff was warned that failure to file an amended complaint would result in a recommendation that this action be dismissed, the deadline to file the amended complaint has passed, and plaintiff has not filed an amended complaint. (*Id.*)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*)

1

1 | To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 15, 2024 (Doc. No. 11) are ADOPTED in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **April 25, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE